# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

MICHAEL JEROME FORBES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-73

———————————————————

January 31, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

 Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.